LYNDA P. KING
Senior Associate General Counsel
Nevada Bar No. 7047
DAVID R. HALL
Deputy General Counsel
Nevada Bar No. 6333
NEVADA SYSTEM OF HIGHER EDUCATION
4300 South Maryland Parkway
Las Vegas, Nevada 89119
(702) 889-8426
lking@nshe.nevada.edu
dhall@nshe.nevada.edu

*Attorney for Defendant Board of Regents of the Nevada System of Higher Education*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUZAN WORKMAN, | ) |
| Plaintiff, | ) CASE NO. 2:24-cv-01133-APG-MDC |
| vs. | ) |
| STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION | ) **SUBSTITUTION OF COUNSEL** |
| Defendant. | ) |

Defendant STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ("NSHE") hereby substitutes Debra L. Pieruschka, Esq. and Karissa D. Neff, Esq. of the College of Southern Nevada, Office of General Counsel as its counsel in

///
///
///
///
///
///

- 1 -

1. place and stead of Lynda P. King. Esq., Senior Associate General Counsel, and David R. Hall, Deputy
2. General Counsel for NgHE System Administration.
3.     DATED this _____ day of July, 2024.

                                               /s/ Lynda P. King
                                               LYNDA P. KING
                                               Senior Associate General Counsel
                                               Nevada Bar No. 7047
                                               DAVID R. HALL
                                               Deputy General Counsel
                                               Nevada Bar No. 6333
                                             NEVADA SYSTEM OF HIGHER EDUCATION
                                             4300 S. Maryland Pkwy.
                                             Las Vegas, Nevada 89119
                                             Telephone: (702) 889-8426
                                             lking@nshe.nevada.edu
                                             dhall@nshe.nevada.edu

                                             *Attorneys for Defendant*

16. I consent to the ab substitution.
17.     DATED this _____ day of July, 2024.

                                             BO, D OF REGENTS OF THE NEVADA
                                             SY - OF HIGHER EDUCATION

                                             u..L
                                             PATRICIA CHARLTON
                                             CHANCELLOR

21. *III*
22. *Ill*
23. *Ill*
24. *III*
25. *Ill*
26. *Ill*
27. *Ill*
28.

1  Debra L. Pieruschka, Esq. and Karissa D. Neff, Esq. of the College of Southern Nevada, Office
2  of General Counsel, duly admitted to practice in this District, accept the substitution as counsel for
3  Defendant.

4  DATED this \/ day of July, 2024.

Karissa D. Neff, Esq.
DEBRA L. PIERUSCHKA, ESQ.
General Counsel
Nevada Bar No. 10185
KARISSA D. NEFF, ESQ.
Assistant General Counsel
Nevada Bar No. 9133
COLLEGE OF SOUTHERN NEVADA
OFFICE OF GENERAL COUNSEL
6375 W. Charleston Boulevard (WCE310)
Las Vegas, Nevada 89146
Telephone: (702) 651-7325

IT IS SO ORDERED:

Dated: July 9, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

NEVADA SYSTEM OF HIGHER EDUCATION

/s/ Lynda P. King_____
LYNDA P. KING
Senior Associate General Counsel
Nevada Bar No. 7047
4300 S. Maryland Pkwy.
Las Vegas, Nevada 89119
Telephone: (702) 889-8426
*Attorney for Defendants*

- 3 -