DEBRA L. PIERUSCHKA, ESQ.
General Counsel
Nevada Bar No. 10185
KARISSA D. NEFF, ESQ.
Associate General Counsel
Nevada Bar No. 9133
COLLEGE OF SOUTHERN NEVADA
OFFICE OF GENERAL COUNSEL
6375 W. Charleston Blvd. (WCE310)
Las Vegas, Nevada 89146
Telephone: (702) 651-7325
debra.pieruschka@csn.edu
karissa.neff@csn.edu
*Attorneys for Defendant CSN*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUZAN WORKMAN,<br><br>                    Plaintiff,<br>vs.<br><br>STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION<br><br>                    Defendant. | Case No. 2:24-cv-01133-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DFEENDANT'S MOTION TO DISMISS (FIRST REQUEST)** |

Defendant State of Nevada *ex rel*. its Board of Regents of the Nevada System of Higher Education ("Defendant") and Suzan Workman ("Plaintiff) (collectively the "Parties"), by and through their counsel of record, stipulate as follows:

1. On or around June 27, 2024, Defendant filed its Motion to Dismiss [ECF No. 8].

2. Plaintiff's Opposition to Defendant's Motion to dismiss is currently due on July 11, 2024 [ECF No. 8].

3. The Parties have reached a tentative settlement that resolves this case and another

1

College of Southern Nevada
6375 W. Charleston Blvd., WCE310
Las Vegas, NV 89146

action pending as Case No. A-23-866320-C in the Eighth Judicial District Court, Clark County (collectively the "Actions").

      4.    The Parties desire to extend the time for Plaintiff to file an Opposition to Defendant's Motion to Dismiss to enable the parties to finalize a settlement that resolves both Actions.

      5.    As such, the Parties stipulate and agree that Plaintiff shall have up to, and including, August 15, 2024, to file her Opposition to Defendant's Motion to Dismiss, in the event the parties are unable to finalize the settlement resolving both Actions.

DATED:  July 10, 2024

By:  /s/ Richard Segerblom
RICHARD SEGERBLOM
Nevada Bar No. 1010
602 South 10th St.
Las Vegas, NV 89101
Attorney for Plaintiff
rsegerblom@lvcoxmail.com

Dated:  July 10, 2024

**COLLEGE OF SOUTHERN NEVADA**

/s/ Karissa Neff
DEBRA L. PIERUSCHKA
General Counsel
Nevada Bar No. 10185
KARISSA D. NEFF
Associate General Counsel
Nevada Bar No. 9133
OFFICE OF GENERAL COUNSEL
6375 W. Charleston Blvd. (WCE310)
Las Vegas, Nevada 89146
Telephone: (702) 651-7325
debra.pieruschka@csn.edu
karissa.neff@csn.edu

*Attorneys for Defendant CSN*

## ORDER

IT IS SO ORDERED.

Dated this 11th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE

College of Southern Nevada
6375 W. Charleston Blvd., WCE310
Las Vegas, NV 89146