DEBRA L. PIERUSCHKA, ESQ.
General Counsel
Nevada Bar No. 10185
KARISSA D. NEFF, ESQ.
Associate General Counsel
Nevada Bar No. 9133
COLLEGE OF SOUTHERN NEVADA
OFFICE OF GENERAL COUNSEL
6375 W. Charleston Blvd. (WCE310)
Las Vegas, Nevada 89146
Telephone: (702) 651-7325
debra.pieruschka@csn.edu
karissa.neff@csn.edu
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUZAN WORKMAN,<br><br>                    Plaintiff,<br>vs.<br><br>STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION<br><br>                    Defendant. | Case No. 2:24-cv-01133-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (SECOND REQUEST)** |

Defendant State of Nevada *ex rel.* its Board of Regents of the Nevada System of Higher Education ("Defendant") and Suzan Workman ("Plaintiff") (collectively the "Parties"), by and through their counsel of record, stipulate as follows:

1. On or around June 27, 2024, Defendant filed its Motion to Dismiss [ECF No. 8].

2. By Stipulation and Order, Plaintiff's Opposition to Defendant's Motion to Dismiss is currently due on August 15, 2024 [ECF No. 13].

3. The Parties have reached a tentative settlement that resolves this case and another action

1

pending as Case No. A-23-866320-C in the Eighth Judicial District Court, Clark County (collectively the "Actions").

4. The Parties have exchanged a draft of the settlement documents but are still in the process of finalizing them.

5. As such, the Parties stipulate and agree that Plaintiff shall have up to, and including September 12, 2024, to file her Opposition to Defendant's Motion to Dismiss, in the event that the Parties are unable to finalize the settlement documents resolving both Actions.

DATED: August 13, 2024                         Dated: August 13, 2024

/s/ Richard Segerblom
_____                    **NEVADA SYSTEM OF HIGHER EDUCATION**
RICHARD SEGERBLOM
Nevada Bar No. 1010                            /s/ Karissa Neff
602 South 10th St.                             _____
Las Vegas, NV 89101                            DEBRA L. PIERUSCHKA
Attorney for Plaintiff                         General Counsel
rsegerblom@lvcoxmail.com                       Nevada Bar No. 10185
                                               KARISSA D. NEFF
                                               Associate General Counsel
                                               Nevada Bar No. 9133
                                               OFFICE OF GENERAL COUNSEL
                                               COLLEGE OF SOUTHERN NEVADA
                                               6375 W. Charleston Blvd. (WCE310)
                                               Las Vegas, Nevada 89146
                                               Telephone: (702) 651-7325
                                               debra.pieruschka@csn.edu
                                               karissa.neff@csn.edu
                                               *Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

Dated this 14th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE

2