DEBRA L. PIERUSCHKA, ESQ.
General Counsel
Nevada Bar No. 10185
COLLEGE OF SOUTHERN NEVADA
OFFICE OF GENERAL COUNSEL
6375 W. Charleston Blvd. (WCE310)
Las Vegas, Nevada 89146
Telephone: (702) 651-7488
debra.pieruschka@csn.edu
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUZAN WORKMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION<br><br>        Defendant. | Case No. 2:24-cv-01133-APG-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant State of Nevada *ex rel.* Board of Regents of the Nevada System of Higher Education ("**Defendant**") and Suzan Workman ("**Plaintiff**") (collectively the "Parties"), by and through their counsel of record, stipulate and agree that this case shall be dismissed in its entirety

///

///

///

///

///

///

///

1

with prejudice, with each of the Parties bearing their own attorneys' fees and costs.

DATED this 5h day of November, 2024.　　　DATED this 5th day of November, 2024.

**BOARD OF REGENTS OF THE**
**NEVADA SYSTEM OF HIGHER EDUCATION**　　**RICHARD SEGERBLOM, ESQ.**

/s/ DEBRA L. PIERUSCHKA　　　　　　　　/s/ RICHARD SEGERBLOM
DEBRA L. PIERUSCHKA　　　　　　　　　RICHARD SEGERBLOM
General Counsel　　　　　　　　　　　　　Nevada Bar No. 1010
Nevada Bar No. 10185　　　　　　　　　　602 South 10th St.
COLLEGE OF SOUTHERN NEVADA　　　　　Las Vegas, Nevada 89101
OFFICE OF GENERAL COUNSEL　　　　　　*Attorney for Plaintiff*
6375 W. Charleston Blvd. (WCE310)
Las Vegas, Nevada 89146
*Attorneys for Defendants NSHE and CSN*

## ORDER

**IT IS SO ORDERED**.

Dated this 12th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE

2